UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

PETRO SNEGIREV,

    Plaintiff,

v.

HONORABLE JOHN W. SEDWICK,
Judge of the United States
District Court for the District
of Alaska, and HONORABLE
JAMES K. SINGLETON, JR.,
Judge of the United States
District Court for the District
of Alaska,

    Defendant.

Case Number 3:05-CV-00280-JKS

**JUDGMENT IN A CIVIL CASE**

____ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_XX_ **DECISION BY COURT.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT this action is dismissed with prejudice.

APPROVED:

/s/ James K. Singleton, Jr.
James K. Singleton, Jr.
United States District Judge

February 13, 2006
Date: February 13, 2006

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

    Ida Romack
    Clerk of Court

(By) Deputy Clerk

[A05-0280.jmt.wpd](JMT2.WPT*Rev.3/03)